UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAHIAOUI OUALID BEN TOUMI,<br><br>    Petitioner,<br><br>v.<br><br>JOHN ASHCROFT, et al.,<br><br>    Respondents. | 1:05-cv-00792-AWI-SMS-HC<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 9)<br><br>**ORDER DISMISSING ACTION** |

Petitioner is proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

On November 1, 2005, the Magistrate Judge filed Findings and Recommendations that this action be DISMISSED based on Petitioner's failure to obey the court's order of August 16, 2005. The Findings and Recommendations was served on Petitioner and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order. To date, Petitioner has not filed objections to the Findings and Recommendations.[1]

---

[1] The United States Postal Service returned the order served on Petitioner on November 14, 2005, as undeliverable. A notation on the envelope indicated: Return to Sender - Not in Custody. However, Petitioner has not notified the court of any change in his address. Absent such notice, service at a party's prior address is fully effective. See Local Rule 83-182(d).

1

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendations is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed November 1, 2005, is ADOPTED IN FULL; and,

2. This action is DISMISSED based on Petitioner's failure to obey the court's order of August 16, 2005.

IT IS SO ORDERED.

**Dated:  December 20, 2005**          /s/ Anthony W. Ishii
0m8i78                                 UNITED STATES DISTRICT JUDGE